·ORIGINAL

FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0136

AUSTIN LAKE,

      Plaintiff and Appellant,

v.

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD,

      Defendant and Appellee.

**FILED**

APR 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Austin Lake has filed a motion for "stay of execution of judgment or order during appeal." He states that he moves this Court for relief "in accordance with Rules 22 and 23." Lake provides no other information. Counsel for the Department of Labor and Industry has not filed a response.

Lake appeals a February 28, 2024 Sanders County District Court Order dismissing his petition for judicial review. Lake filed his notice of appeal on March 6, 2024. Our review of the District Court's register of actions on file here reveals that Lake filed a similar motion for stay in the District Court on March 18, 2024. Lake filed his opening brief with this Court on March 28, 2024.

We conclude that Lake's motion is improper. The Montana Rules of Appellate Procedure allow a District Court to rule on a motion for stay during the pendency of an appeal. M. R. App. P. 22(1)(c). We note the District Court has not ruled on Lake's pending motion there. More importantly, Lake has not demonstrated good cause, supported by an affidavit, for his request for a stay under this Rule. M. R. App. P. 22(2)(a). This Court has the authority to deny summarily any motion for a stay that does not comply with M. R. App. P. 22(1) and (2)(a). Accordingly,

IT IS ORDERED that Lake's Motion for stay of execution of judgment or order during appeal is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Austin Lake personally.

DATED this 23 day of April, 2024.

Justices